Per Fax, US-District Court, Topeka (785)338-5401

Ursula Lenhardt

489 South East Street

Mankato,

Kansas, 66956-2332

Email: u.lenhardt@gmx.com

Phone: (785) 534-3795

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ursula Lenhardt, | ) | Case-No.: |
| (Plaintiff),   pro se | ) | |
| | ) | **COMPLAINT** |
| | ) | **Libel – (Defamation of Character)** |
| | ) | 28 U.S.C. § 4101 |
| | ) | **Ninth Amendment Violation** |
| | ) | **First Amendment Violation** |
| Mark Zuckerberg, | )<br>) | using governmentally authorized NGOs advice to interfere with |
| | ) | privat matters and to censor free speech |
| Facebook/Meta Inc., et all | ) | **(Jury Trail Demanded)** |
| (Defendants), | ) | |

**TO THE DEFENDANT ABOVE NAMED:**

Plaintiff, Ursula Lenhardt ("Plaintiff") pro se, individually complains of Defendants,

Mark Zuckerberg, Facebook/Meta Inc., et all ("Defendants") alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff is and at all time regarding this case has been a resident of Jewell County, Kansas.
2. Upon information and believe, Defendant is citizen and resident of California. Pursuant to 28 U.S. Code § 1391 and 28 U.S. Code § 1332 venue and jurisdiction for this case properly lies in Kansas, as all or substantially all, of the complaint of acts and/or damages occurred in Kansas where Plaintiff resides.
3. For the foregoing reasons, jurisdiction and venue are proper in Kansas.

## STATEMENT OF FACTS

4. Plaintiff is an artist and used to run her own Gallery for Art, Wellness and Fashion in excellent reputational standing in her home-country of Germany for 10 years – after working for Germanys' First TV (ARD) in Berlin to support (among others) a health-TV-show with actual relation and a broad public interest - and uses her private account with the social media platform Facebook/Meta Inc. here in the USA since 2011 to stay in contact with friends and to exchange information of public interest and/or to spark fact-based, unrestricted conversation on controversial issues of public interest by sharing posts publicly.

5. Since 2019/2020 when the world was surprised by the appearance of this so called **new** CORONA VIRUS (SarsCov2 or Covid19, that has been patented in 2007 here in the USA), Plaintiff posted information about existing holistic remedies to provide people a choice of side-effect-free and non-toxic treatments and/or protective remedies – to stay covid-free or to cure an existing covid-19-infection immediately, efficiently and without suffering any side-effects - aside from the mainstream narration that was pushing and even scaring people to take the upcoming covid19-injections and booster shots (that frequently came with unexpected side-effects and harmed or even sadly killed adult people and children alike -- as we know now). Plaintiff also emailed to the President Mr. Joe Biden at that time to suggest existing, effective and side-effect free remedies being obtained and distributed to the population of the United States – as there was no vaccine available yet. Mr. Joe Biden ignored Plaintiffs suggestion.

6. Since there was a covid-injection-substance available, Facebook began to remove Plaintiffs' life-saving posts, censored them without further explanations, leaving an empty gap on Plaintiffs' Facebook account and Plaintiff has been ridiculed and had to abload her posts (**Attachment – C – first page**) again and again...countless times.

## **FIRST CAUSE OF ACTION**

### - DEFAMATION PER SE -

7. Since 2021-22 some of Plaintiffs life-saving posts on Facebook began to disappear without any comment or information provided to Plaintiff (content would not be not available)– and Plaintiff had to upload certain, important (life-

saving) information again and again (**see Attachment C, first page**).
Plaintiff's post on facebook in that matter have been removed at least 20-times.
This occurred without any notification on Plaintiff, harming Plaintiffs reputation
and character as irresponsible and ridiculous  and caused emotional distress as
these posts were life-saving alternatives to these often harmfull covid-injections –
all repeatedly and behind Plaintiffs' back.

During the first half of 2025 Plaintiff received a notification by one of her friends
on facebook that one of her shared posts had been 'fact-checked' and was
censored/ taken away and marked as a "fact-checked" post – Defendants
published this "fact-checked" post (**see Attachment A**) with approximately
300,000 viewers on facebook on the original post. It was a shared post with the
main-point of the fact, that these covid-injections can cause a new and aggressive
type of cancer, experts called it "turbo-cancer". Facebook provided a **false
statement**, that there would **not** be any scientific prove that these so called
covid19-vaccines would cause cancer. That was a pretext, for Facebook to remove
this post. In Defendants' reasoning statement (**see Attachment A**), certain
facts were just missing, like the existence of a toxic virus within some of these
covid-mRNA-injections by Pfizer and BioNTech (called SV40) that carries a T-
Antigen which damages all cell protecting proteins, like p53 and the
Retinoblastom-protein-ways alike – and it turns normal and healthy cells rapidly
into cancer producing facilities, in tumor–producing machines  - which explains
the new form of an unusually aggressive cancer which experts termed 'turbo-
cancer" – a type of cancer that does not occur in unvaccinated people at all – and

is not treatable like other types of cancer. According to an interview with Dr.
med. Lamers, held in Germany,  called "Gesundheit, Krebsheilung im 21.
Jahrhundert" Dr. med. Lamers is an oncological expert, his statements are
reliable and based on scientific facts. But also other given experts warnings refer
to traces for a virus found in these covid19-injections, SV40 (Semian-Virus),
especially in those mRNA-injections by Pfizer and BioNTech and Moderna (as for
Moderna, Plaintiff has to approve that) ....

Some of these experts are listed below – as revealed in a special report for "Info-
Wars" - by Mr. John Bowne:

Among these experts warning about an explosion of turbo-cancer  (among
others) based on above sided facts are:

Oncologist, Dr. William Makis

Statistic Researcher John Beaudoin Sr.

Oncologist Dr. Angus Dalgleish

Epidemiologist Nicolas Hulscher MPH

Patologist Dr. Ryan Cole.

Dr. Ryan Cole on cancer promoting substances in covid-vaccines, including SV40 virus:

https://www.facebook.com/damoandivor/videos/467008656115987


Moreover conducted  the FDA a research at one of their own facilities, the White
Oak Campus, (FDA-lab in Maryland) - as Slay News reported, the FDA  disclosed
their  acknowledgment to the effect that Covid-mRNA-vaccines are contaminated

which caused the alarming world-wide rise of aggressive, often fatal cancer-cases – the federal agency (FDA) stated this after their research showed that mRNA-covid-vaccines by Pfizer has been enriched with dangerously high amounts of foreign DNA contaminations – the federally allowed safety values for such a compound were exceeded by shockingly 6 -470 times, as tests in the FDA-lab revealed. These experts confirmed that they traced the cancer-promoting virus SV40 in these high DNA-values of contamination.

Leading scientists world-wide are warning for several years already that the rise of fatal cancer cases among vaccinated people is caused by DNA-fragments in these mRNA-injections.

These warnings were confirmed now by the research conducted at the FDA-lab in Maryland.

Sources:

Info Wars vom 10. April 2025

**https://www.infowars.com/.../turbo-cancer-set-to-explode**...

Slay Magazin vom 11. April 2025

**https://slaynews.com/.../top-oncologists-warn-turbo**...

Slay Magazin vom 04. August 2024

**https://slaynews.com/.../moderna-admits-covid-mrna-shots**...

Epoch TV vom 03. Juni 2023

**https://www.theepochtimes.com/.../how-humans-were-used-as**...

National Library of Medicine im Mai 2023

**https://pmc.ncbi.nlm.nih.gov/articles/PMC10183601**

(and other sources)

And as a third evidence that these corona-injection do cause cancer, Plaintiff submits a formerly hidden Pfizer document (**Attachment B, of 10 pages**) with 1,200, often fatal side-effects of their corona-injection-substance. Pfizer has been hiding this risks and side-effects in order to sell more of their vaccine-substance - until after a Freedom-Of-Information-Request, the court ordered them to be revealed.

Especially on page 3, line 6-17 – are all Autoimmune-deseases listed as adverse events – they confirming actually that the above mentioned T-Antigen is damaging normal and healthy cells and they turn into aggressive, the own body attacking cancer-facilities. Like for example the mark of the bones produces Red Blood Cells (normally), but when this T-Antigen damages their molecules, the bone-mark does not function any more and a certain form of anemia will occur, which disables the body to self-heal or cure any cancerous growth. Healthy, normal cells become unpredictable and attack their own body instead of protecting it, like it is with the cell protecting protein P53. (AND THIS IS WHAT THE POST ON FACEBOOK WAS ABOUT – THERE WAS NOTHING WRONG, MAYBE NOT AS DETAILED AS IT COULD HAVE BEEN, BUT THE CONCLUSION, THAT SOME OF THESE COVID-INJECTIONS DO CAUSE CANCER, IS AND WAS RIGHT – AND FACEBOOK INITIATED THIS POST FALSELY TO BE CENSORED).

So there are scientific evidences enough to prove that these mRNA-covid-injections can cause Turbo-Cancer. Defendants' disregarded and ignored these widely known facts to continue selling and advocating a covid-injection and falsely censored Plaintiffs' post with the life saving recommendation as a

comment for an urgently needed detox – whereby Facebook conducted a false and harsh invention on Plaintiffs' interest in her reputation and against Plaintiffs' standards of - and interests in - democracy and civilization – and Facebook violated the Ninth Amendment Rights of people to decide personal matters and keep them private (health is a private matter after all, according a Supreme Court decision) – as Plaintiff and people were deprived of their rights to spread and receive honest information to be enabled to make their own and right decisions - and Facebook has been spreading the dangerous misinformation that these covid-injections would be harmless. This above described points significantly harmed Plaintiffs' ethical interests. Therefore Plaintiff is entitled to actual and compensatory damages – and Plaintiff respectfully asks this Court for an Injunctive relief as Defendants' conducts do cause irreversible harm.

## SECOND CAUSE OF ACTION

- Repeated censorship/interference with Plaintiffs' private Facebook account and her interests in her reputation - Defendants acted with selfish malice -

8. Each and every allegation contained herein is realleged and reasserted as if set forth verbatim herein. Defendants censored Plaintiffs post in which Plaintiff encouraged people to take an urgently needed detox (in order to remove these toxic mRNA-vcaccine substances out of their system – and thereby prevent any side effects they eventually could suffer). Defendants surely knew about these risks and side effects as they are able to read Plaintiffs' and other posts and these information on existing, but willfully hidden adverse events (1,200 often fatal

adverse events with Pfizer alone, **see Attachment B**) – so the 'vaccine' producing companies could sell more of their harmful covid19-injections, pretending they'd provide a vaccine against covid19 – FACT IS, THEY DID NOT SAVE A SINGLE LIFE AND THERE IS NO VACCINE AGAINST COVID19 - and DEFENANTS KNOW IT BY NOW AS THEY KNEW IT THEN. The treatments of these vaccine side-effects often hospitalized people – and treating these side-effects - often deprived people of their entire savings and forced them to even sell their homes. That has been Plaintiffs' personal experience during this time of the pandemic. So Plaintiffs' information on non-toxic but 100% effective remedies were useful and life-saving, but clearly not welcome to be posted on Facebook/Meta Inc. – because they did not accomplish Defendants' intention to profit by this so called pandemic. NEITHER WAS THIS SHARED POST ABOUT THE CANCER CAUSING COVID19-mRNA-VACCINES and therefore has been 'fact-checked' and removed / censored. These side-effects (**Attachment B**) are a gold-mine to some interested parties – and Defendants obviously wanted and want to keep it that way! Plaintiffs' ethical standards and interests in her reputation and of a democratic civilization have been and are violated massively.

**9.** Defendants engaged in concerted efforts to violate Plaintiffs' ethical interests and standards with respect to humanity, democracy, freedom and responsibility, freedom of speech and civilization in general, as people were taken their choice away and to have a say in the matter of their own treatments – which constitutes a Ninth Amendment Violation. People were not even allowed to gain honest information regarding side-effects of these so called vaccines nor anything about

existing other options in order to control this corona-virus with 100% efficiency and without side-effects.

**(See Attachment - B -, a disclosed list of Pfizer covid-injections side-effects that a court ordered to be released as Pfizer wanted to hide these often fatal risks and side-effects in order to sell more of their covid-injection-substance - - there are more than 30 autoimmune conditions listed as adverse events, among other -- cancer causing conditions, just as described in that censored and fact checked Facebook-post!....and Attachment - C -, a Research Result about the immediate and 100% efficiency of Dandelion infusion to block covid-spike proteins from binding to cell surface receptors, preventing and curing acute covid-infections immediately to prove scientifically backed-up that these mRNA-"vaccines" were absolutely <u>unnecessary</u>).**

**10.** Defendants knew then as they know now, that each and every hostile action taken against Plaintiffs' posts were false and harmful, and the sole purpose of their conduct was to cause Plaintiff personal harm and emotional distress, by making Plaintiffs' life-saving posts/information on a public social media platform look ridiculous and vain, - - so big Pharma could and can continue selling a vaccine, **that is not even a vaccine by definition** but harms people and frequently even kills people – as if Plaintiff belonged to these

people that are just running around with an aluminum-hat making up facts - but **Plaintiff does not and did not imagine facts!**

11. Defendants did not stop there. When Plaintiff forwarded a proposal letter to Defendants (Mark Zuckerberg, Facebook/Meta Inc.) explaining why their censorship was wrong, in order to settle the case, ( **see Attachment – D -**) Defendants just changed the comment of the censored post on the 29th of May 2025 (from fact-checked by an **international fact-checking team**, falsely reasoned that there would not be any scientific prove that this covid-injections would cause any cancer, **(see attachment – A -...)** into a fact-checked **by an independent third party** post, reasoned that the content of the post would be wrong (even though the assuming main-point of this post was a correct conclusion, as these covid-mRNA-injections **can and do cause cancer** ) – Defendants did not make any further efforts to provide any information or explanation and kept this post publicly condemned/censored to Plaintiffs' shame. Defendants with intentional disregard of the truth recklessly ignored the truth that has been forwarded with Plaintiffs Settlement Proposal. However, the damage has been done for a duration of nearly 1 year now as this post has been falsely fact-checked and published on the social media platform **the 7th of July 2024**, as Defendants' assumption that these covid-mRNA-injections would NOT cause cancer - is WRONG and very dangerous. Defendants obviously try to escape responsibility by terming their fact-checking team an "independent third party – as to be seen in **Attachment – A (a)** ) for their censorship.

**12.** Plaintiff wishes to clear the background of the by Defendants used term of

**"International Fact-Checking Team or "Independent Third Party"** – as

there is **only one internationally operating team** that took over the entire

covid-pandemic response...as Defendants did not reason their fact-checking

activities with: Bill Gates told us so...:

But Bill Gates announced about 2010 that he would reduce the world-population by using a vaccine - as to be seen in a video taken by an eye-witness:

Bill Gates announcing that he would reduce the world population

using vaccines:

https://www.facebook.com/reel/1647645872634805

As well as there was a video-statement by the Oxford Immunology-Professor, **Sir John Bell** , who developed the Astra-Zeneca-Covid-injection, stating that

... he cannot confirm, that this vaccine substance sterilizes people 100%....!

(Just as if that sterilization were the real purpose of the Astra-Zeneca Covid-jab....Sir John Bell accidentally or deliberately stated this about his work for Astra-Zeneca, Oxford).

This video on YouTube has been censored / fact-checked and removed by so called experts. While Prof. Sir John Bell is obviously just the 'amateur' who developed the Astra-Zeneca vaccine...according to these fact-checkers...( Prof. Sir John Bell told the truth, but it didn't fit to Mr. Bill Gates intention to **anonymously** reduce the population without being held liable for intentional mass-homicide or for the harm that it caused to people, but Mr. Bill Gates knows about his wrong-doings, he even announced it and he should be held accountable) At least it proves that nearly all mainstream media-outlets are following Mr. Bill Gates' narration, Facebook included... based on Bill Gates and his Microsoft-fortune and his non-governmental organizations that Bill Gates helped to found:

**13.** Four organizations that worked together in the past, and three of them shared a common history. The largest and most powerful was the

**Bill & Melinda Gates Foundation,** one of the largest philanthropies in the world.

Then there was

**Gavi,** the global vaccine organization that Gates helped to found to inoculate people in low-income nations, and the

**Wellcome Trust**, a British research foundation with a multibillion dollar endowment that had worked with the Gates Foundation in previous years. Finally, there was the

**Coalition for Epidemic Preparedness Innovations**, or **CEPI**, the international vaccine research and development group that Gates and Wellcome both helped to create in 2017.

## KEY TAKEAWAYS:

The four organizations have spent almost $10 billion on Covid since 2020 – the same amount as the leading U.S. agency tasked with fighting Covid abroad.

The organizations collectively gave $1.4 billion to the World Health Organization, where they helped create a critical initiative to distribute Covid-19 tools. **That program failed to achieve its original benchmarks**. Covid-19 cannot be vaccinated.

The organizations' leaders had unprecedented access to the highest levels of governments, **spending at least $8.3 million to lobby lawmakers and officials in the U.S. and Europe – and millions to line up the hype-creating media in order to sell a covid-19  injection (for example the News Paper outlets "Die Welt" and the " Bildzeitung" in Berlin, Germany, while ads on US-TV advocated this so called covid-vaccine stating: "Get your children vaccinated or else they gonna die of covid19"). They scared people to sell their covid-19-injections.They even violately beat up people, when they tried to protect their children from getting "injected" – as seen in a video of aborigines, in Australia, when the mother was beaten by "health care providers", lying on the floor, protecting her head with her hands while her child crying child roughly has been taken away from her, ...so they could get the jab into the child and get it  'vaccinated" – This is how they cared for lower income nations...against their will, without proper information, without their consent, but violently! -**

Officials from the U.S., EU and representatives from the WHO rotated through these four organizations as employees, helping them solidify their political and financial connections in Washington and Brussels.

The leaders of the four organizations pledged to bridge the equity gap. However, during the worst waves of the pandemic, low-income countries were left without life-saving (?) vaccines. (This is what they spread out at that time with  as little as they knew about the willfully hidden, often fatal side-effects of these covid-mRNA

shots).

Leaders of three of the four organizations maintained that lifting intellectual property protections was not needed to increase vaccine supplies – which activists believed would have helped save live...(These activists didn't know, that the WHO removed any holistic remedies from their list - that worked by stimulating the immune-defence-system to neutralize this covid19-virus, the WHO systematically rejected these existing FIRST CHOICE TREATMENTS, that ARE completely non-toxic, 100% effective, widely available and have no known side-effects. The WHO also supported the urge to profit by this confusion that was created deliberately – to sell a covid-mRNA-injection substance, without proper information, without peoples' consent regarding the (often hidden, but known) side-effects involved and without considering the hospitalizations and fatalities that these covid-injections could cause and caused...and the worst of all, without the need for such harsh measures taken -- as there are and were harmless but 100% effective remedies available please see to ).
In 2019 the WHO as well as Moderna even announced to release a respiratory pathogen in order to create a world-wide pandemic for a test...(Plaintiff has to find download the written evidence – to be forwarded to the Court.

Civil society organizations active in poorer nations, including Doctors Without Borders, expressed discomfort with the notion that Western-dominated groups, staffed by elite teams of experts, would be helping guide life-and-death decisions affecting people in poorer nations. Those tensions only increased when the Gates Foundation opposed efforts to waive intellectual property rights, a move that critics saw as protecting the interests of pharmaceutical giants over people living poorer nations. (....No one considered that oranges or any citrusfruits or a dandelion tea blocks the covid19 spike proteins immediately, with a 100% efficiency – without side-effects...it also would be available to poorer nations – and it prevents as well as it cures Covid-19,..so no risk involved administering it! No one of these "experts" thought of it...They were all blinded by lies and money (Plaintiffs post regarding that have been censopred systematically) and these civil society organizations followed (accidentally or deliberately) the line of depopulation, – as it has been publicly explained as a necessary measure by no-one else but Mr. Bill Gates in person during a public statement in 2010 – often posted and censored on the social media platform "Youtube", please see to the link at the beginning of point 12.).

So far for Defendants' Internationally operating fact-checker team – OR THE "INDEPENDENT" THIRD PARTY"(...they are as independent as their covid19-mRNA-injections were or are providing immunity...fact is, that there is NO IMMUNITY provided and therefore there is no covid19-vaccine)! (This excursion of how Bill Gates took over the entire Pandemic response is based on a relatively independent research conducted for half a year by journalists of the media-outlets "Politico" and "The Welt", Berlin, Germany).

Further with respect to Plaintiffs' request for the application of the Ninth and the First Amendment violations, Plaintiff wishes to make clear, that the WHO as a NGO has been authorized by the Biden administration, when Joe Biden withdraw Mr. Donald Trumps' application - to leave the WHO.

Mr. Joe Biden, as the then new President of the United States intentionally decided to stay in the WHO, he withdraw Donald Trumps' application to leave — Joe Bidens' daughter, Kerry occupies a (or occupied) a good position at this NGO. So there might have been personal or family-related benefits involved to re-authorize the WHO. Plaintiff deems this point ' common knowledge' but can provide evidences. The WHO has been explicitly re-authorized by the government under Mr. Joe Biden.

**14.** Each and every allegation contained herein is realleged and reasserted as if set forth verbatim herein. Plaintiff wishes to make clear that Defendants acted with selfish malice far beyond reckless negligence, advocating and orchestrating a completely useless covid-19-mRNA-injection and therefore (for the profit involved) knowingly harmed other people – also as they harshly censored Plaintiffs' posts that provided the life-saving recommendation to 'vaccinated' people to urgently GET a detox, and the recommendation for efficient protection using a simple Dandelion-infusion – Defendants cesorship harmed Plaintiffs' interests and standards and public interests - as mentioned before.

They knowingly and willingly falsely censored Plaintiffs' post, violated Plaintiffs' Ninth Amendment Rights and First Amendment Rights (as Bill Gates' opinion shaped NGO's to act with the governmental agreements and their support – Plaintiff is/was a compassionate voluntary individual) and they defamated Plaintiffs' character, making Plaintiff look ridiculous and irresponsible, which deprived Plaintiff of her dignity and reputation and diminished the effectivenes in coherence with Plaintiffs' compassion, consisting of life-saving actions taken during the pandemic in which Plaintiff run her detox-project, providing the needed remedies all

by herself, paid for by herself. Plaintiff has been exposed to harsh disregard, hate and ALL JUST TO "CURE" THE UNDERLYING CONDITION OF THE DEMANDING BANK ACCOUNTS, OF THESE COVID-VACCINE-AGENDA (AS DISCRIBED BEFORE) - BUT NOT TO HELP PEOPLE TO STAY ALIVE AND TO COMBAT COVID-19. (Clearly not) (Covid-19 was lab-created in the USA and patented in 2007 as a (without the needed Antidote to it) in 2007 – FINANCED BY THE Health Department with Dr. Fauci as the head of the agency (*according to Dr. David E. Martin as he explained in his opening-speech during the Covid-Summit in Brussels in May 2023-*) *his speech also gets "fact-checked' and censored very often, Plaintiff can provide a copy of it, if required*)

and this respiratory patogene was announced (by the WHO and by Moderna) to be intentionally released in order to sell a vaccine (to artificially create a demand for a vaccine-product and test a world-wide pandemic) knowing that Covid-19 (Sars-Cov 2) cannot be vaccinated (they could not come forward with the Antidote when applying for the patent, that was granted October 2007) – Plaintiff believes that this constitutes a criminal conduct of racketeering (to create a dangerous virus, to create the broad acceptance for a vaccine by scaring people - and to push for the demand for a vaccine that otherwise was not needed) and it requests a different lawsuit. But it is fact). Therefore Plaintiffs' posts on Facebook should never have been censored – it harmed Plaintiff (and sadly other people) as mentioned above – as Plaintiffs' posts recommended, 100% effective and complete non-tocic and side-effect free remedies, to prevent and to immediately cure covid-19 infections. This is or should have been the First Choice Treatment (**See Attachment** – **C** –) and these Defendants

obviously saw a competition here --and systematically censored these Plaintiffs posts. Wherefore Plaintiff is entitled to relief as above stated, to actual and compensatory damages ( Plaintiff wishes to add Injunctive Relief if possible, ...and depending on the awarded amount, an award of punitive damages to be comfirmed or determined by a jury, as Defendents acted repeatedly and with an evil intent of selfish malice and caused significant harm as described).

## FOR A THIRD CAUSE OF ACTION

(Preservation of Right to Amend Complaint)

20. Each and every allegation contained herein is realleged and reasserted as if set forth verbatim herein.

21. Plaintiff may have other causes of action against Defendant or additional Defendants to be added - and therefore reserves the right to assert such causes of action in a timely fashion after the facts to assert such claims become known.

## WHEREFORE, PREMISES CONSIDERED,

Plaintiff respectfully requests the following relief:

a. An award of actual and compensatory damages in an appropriate amount;

(Plaintiff voluntarily informed people during the entire time of this "covid-pandemic' – out of compassion - about existing 100% efficient, non-toxic and side-effect-free holistic remedies to prevent and cure covid-infections – and paid for these life-saving remedies as well as for time and efforts involved to inform, distribute and administer them - out of pocket. Defendants censored and published these censored posts on Facebook with Plaintiffs' information about 20-times knowingly that their intervention in Plaintiffs' interests of her reputation was harmed and ridiculed - while Plaintiffs' posts were scientifically backed up and true. Plaintiff deems it necessary to continue to recommend and inform about and to provide a detox or a purification to people in need without being restricted or censored, these remedies Plaintiff provided are also proven to be life-saving). Plaintiff in her efforts has been wrongfully and repeatedly censored and harmed (her character has been defamated) as stated before. Plaintiff deems an amount of **$ 175 Million** in actual and compensatory damages appropriate, which – if possible - Plaintiff respectfully requests the Court to award

b. an immediate award of an **injunctive relief** pursuant to K.S.A. 60-901 (as Plaintiff informed and suggested people not only on Facebook to detox and to protect themselves using a completely non-toxic, holistic option to prevent a covid-infection – Plaintiff acted for several years now and these 1,200 hidden, often fatal side-effects of this Pfizer/BioNTEch-covid-injections **do demand** immediate detox-action for affected – (vaccinated) people...) - further relief **of free advertisements on FACEBOOK, 3-times a day, for 1 year, consisting of a list of several detox-options and a homepage-link**

**(Plaintiff is in the process to create this Homepage) where people can go to and order their detox-kit for their purification immediately – as well as this  immediate advanced payment for an available <u>detox-remedies-stock</u> <u>and</u> to set up a detox facility for affected people to check in to detox for 2 weeks, supported by experienced holistic practitioners and  medical experts and service staff to fine-tune their detox-vacancies individually - - - to the amount of $ 175 Million as above under point a) requested.** As vaccinated people do and can develop this new form of Turbo-cancer – and once they get diagnosed with it, they might not survive another week. This high risk in form of turbo-cancer demands an immediate, effective and side-effect-free purification. These people deserve the best!

Or else it can cause irreversible  loss of life, which again triggers further harm to Plaintiffs' interests in her ethical standards, her reputation and her standards of democracy and civilization - and as already stated above…. Plaintiff unfortunately is not able to provide these needed remedies out of pocket any longer.

This injunctive detox- demand should be understood as an urgent public interests to prevent the worst (**please see to Attachment – B -…**with these 1,200, often fatal side-effects – including a number of  Autoimmune Diseases, which clearly confirm the basic claim of Plaintiffs' shared but censored post on Facebook on how Turbo-cancer developes after these covid-injections, as the cells do not function anymore as they normally do – like for example the bone-mark, blood cell-producing cells do not produce any red blood cells no more, after they have been damaged by this T-Antigen, found in this SV40-virus of the covid-

injection shots. So does P53, the protective proteins NOT protect the cells anymore, because the T-Antigen damaged these cell-protecting proteins inclusive the protein ways.. This definitely can cause a very aggressive and untreateatable NEW form of cancer – as Plaintiff already described in before-sided points – that the experts termed TURBO-CANCER.

c. Further is plaintiff entitled to punitive damages - as Defendants acted repeatedly with selfish malice of an evil intent, ignoring the truth and falsely censoring Plaintiffs' post - in order to HARM Plaintiffs' reputation – ridiculing Plaintiffs' post - to profit by this home-made corona-pandemic that has been created and significantly harmed and even killed people – to sell a covid-19-injection that is not even a vaccine by definition and comes with more than 1,000, hidden, but often fatal side effects and is scientifically proven – and a.o. FDA-approved that it can cause 'TURBO CANCER" -  to the remaining amount of **$ 325 Million** to be confirmed - or to be newly determined by a jury;
(Plaintiff calculated that for the amount of 500 Million, 20 Million People could be provided a proper detox and further information can be spread to split the efforts to decentralize and share the urgently needed detox efforts).

d. Such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Pursuant to the Seventh Amendment to the Constitution Of The United States Of America, Plaintiff is entitled to, and demands, trial by jury.

Honestly and respectfully submitted,

s/Ursula Lenhardt - Plaintiff (pro se)

489 South East Street

Mankato, Kansas 66956

Email: u.lenhardt@gmx.com

Phone: (785) 534-3795

## **Certificate of Service**

Served on this day, 6/12/2025 to Defendants via Email to:

Mark Zuckerberg/Facebook/Meta Inc. and upon the

District Court of Kansas, Topeka via Pacer-System – upon

1.) US-District Court, Kansas, 444 S.E. Quincy, Room490, Topeka KS 66683 – via Pacer-filing – advanced per Fax (785) 338-5401and upon
2.) Defendant: Mark Zuckerberg for Facebook/Meta Inc., 1 Meta Way, Menlo Park, California 9402 – via Email: zuck@fb.com

Respectfully submitted:

s/ Ursula Lenhardt

(Plaintiff pro se)